IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| MELONN R. BLUE | CASE NO. 17-51229 |
| Debtor | JUDGE ALAN M. KOSCHIK |

**TRUSTEE'S OBJECTION TO EXEMPTION(S)**

Now comes Marc P. Gertz, the duly appointed and acting Trustee in the above-captioned proceeding and hereby objects to the exemption claimed by the debtor pursuant to ORC §2329.66(A)(2). the debtor is not entitled to exempt funds garnished from her pre-petition. Those funds are recoverable only by the Trustee as a preferential transfer pursuant to 11 USC §547(b). Accordingly, the Debtor is not entitled to said exemption pursuant to the above-described statute.

WHEREFORE, Marc P. Gertz, Trustee, prays that the above described exemption claim be modified accordingly.

/s/ Marc P. Gertz
Marc P. Gertz, #0003808
Chapter 7 Trustee
Goldman & Rosen
11 S. Forge St.
Akron, OH 44304
(330) 376-8336 – Phone
(330) 376-2522 – Fax
mpgertz@goldman-rosen.com

CERTIFICATE OF SERVICE

I certify that on August 22, 2017, a true and correct copy of **Trustee's Objection to Exemption(s)** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    US Trustee's Office

And by regular U.S. mail, postage paid, on:

    Melonn R. Blue, Debtor Pro Se at 9427 C Lost Pond Drive, Twinsburg, OH 44087

    /s/ Marc P. Gertz
    Marc P. Gertz, #0003808
    Chapter 7 Trustee

## NOTICE OF TRUSTEE'S OBJECTION TO EXEMPTION

Marc P. Gertz, Trustee has filed papers with the court objecting to Debtor's exemption.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to consent to the objection, or if you want the court to consider your views on the objection, then on or before <u>September 21, 2017</u>, you or your attorney must:

File with the court a written request for a hearing at:

**Clerk of Courts
U.S. Bankruptcy Court
2 South Main Street
Akron, Ohio 44308**

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

**Marc P. Gertz, Trustee
11 S. Forge St.
Akron, Ohio 44304**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.